## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**ANDREW PARHAM,**

   **Plaintiff,**

**v.**                                          **Case No. 1:21-cv-120-AW-HTC**

**LEVI BEVERIDGE,**

   **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation dated December 5, 2022 (ECF No. 38). The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1), but there have been no objections.

Having considered the report and recommendation, I have determined that it should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The report and recommendation (ECF No. 38) is adopted and incorporated by reference into this order.

2.     Defendant Beveridge's summary-judgment motion (ECF No. 35) is GRANTED.

3.      The clerk will enter final judgment that says, "The claims against the Department of Corrections are dismissed based on Eleventh Amendment immunity. The claims against Levi Beveridge are dismissed on the merits."

4.      The clerk will then close the file.

SO ORDERED on January 19, 2023.

s/ *Allen Winsor*
United States District Judge